Filed 12/6/23  In re M.T. CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| In re M.T., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B328693 (Super. Ct. No. NJ30428) (Los Angeles County) |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>M.T.,<br><br>    Defendant and Appellant. | |

M.T. appeals from the jurisdictional and dispositional orders entered after he admitted an allegation that he was a minor in possession of a firearm.  (Pen. Code, § 29610, subd. (a).)

Three police officers drove their unmarked SUV into a Long Beach alleyway.  M.T. and another person were standing in the middle of the alley blocking traffic.  The officers activated the SUV's light and chirped its siren.  When they exited the vehicle, M.T. took off running, holding the front of his waistband.  One

officer chased M.T. and found him crouched between two cars. He detained M.T. and searched his person but found no weapons or other contraband. Another officer found a handgun near one of the cars M.T. had crouched beside.

M.T. moved to suppress the handgun pursuant to Welfare and Institutions Code section 700.1. After the juvenile court denied the motion, M.T. admitted to possessing the gun. The court placed him on informal probation for six months.

We appointed counsel to represent M.T. in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On October 2, 2023, we advised M.T. by mail that he had 30 days within which to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that M.T.'s attorney fully complied with his responsibilities and that no arguable issue exists. (*In re Kevin S.* (2003) 113 Cal.App.4th 97, 117-119; see *People v. Wende* (1979) 25 Cal.3d 436, 441.)

DISPOSITION

The jurisdictional and dispositional orders, entered March 13, 2023, are affirmed.

NOT TO BE PUBLISHED.


BALTODANO, J.

We concur:



GILBERT, P. J.          YEGAN, J.


2

John C. Lawson II, Judge

Superior Court County of Los Angeles

_____

Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.